## (May 10, 1966)

■ In the Matter of JOHN F. FLAGG, Appellant, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Appellant has been discharged from Dannemora State Hospital. (See *Baxstrom* v. *Herold*, 383 U. S. 107.) Appeal dismissed as academic. (*People ex rel. Pylypcuk* v. *Herold*, 25 A D 2d 690.) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE PASSANTE, Appellant, v. ROSS E. HEROLD, as Director, Respondent.— Motion to dismiss appeal as academic granted. (See *People ex rel. Fraden* v. *McNeill*, 7 N Y 2d 970.) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BRUNSON, Appellant, v. ROSS E. HEROLD, as Superintendant of Dannemora State Hospital, Respondent.— Appellant has been discharged from Dannemora State Hospital. (See *Baxstrom* v. *Herold*, 383 U. S. 107.) Appeal dismissed as academic. (*People ex rel. Pylypcuk* v. *Herold*, 25 A D 2d 690.) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALTON FITZGERALD, Appellant.— Motion, pursuant to section 529 of the Code Criminal Procedure for extension of time to argue appeal granted; and time extended for 30 days. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE J. BODAH, Appellant.— Motion for permission to proceed as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and six typewritten copies of the brief. Richard E. Bolton, Esq., 5 First Street, Troy, assigned to represent appellant upon this appeal pursuant to section 722 of the County Law. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.